

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00078-CV

_____

ARRELICIOUS MITCHELL, Appellant

V.

JOE ALLEN SANDERS, Appellee

On Appeal from the 301st District Court
Dallas County, Texas
Trial Court No. DF-10-13279

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

# MEMORANDUM OPINION

Arrelicious Mitchell, appellant, filed her notice of appeal in this matter April 12, 2013.[1] Since that time, she has not filed a docketing statement, paid the fees associated with filing a notice of appeal, or arranged for or requested the preparation of a record.

On July 19, 2013, we notified Mitchell of these defects and provided her an opportunity to cure them. Additionally, we warned that failure to adequately respond within ten days of the date of the letter would subject this appeal to dismissal for want of prosecution and/or for payment of filing fees. *See* TEX. R. APP. P. 42.3(b), (c). We have received no response from Mitchell.

We dismiss the appeal for want of prosecution.

Jack Carter
Justice

Date Submitted:     August 15, 2013
Date Decided:       August 16, 2013

---

[1]Originally appealed to the Fifth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013). We are unaware of any conflict between precedent of the Fifth Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.